UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO GODHIGH,

    Plaintiff,

v.                                         Case No. 3:22-cv-617-MMH-JBT

CYNTHIA RUSSELL,

    Defendant.

## ORDER

Mario Godhigh, an inmate of the Florida penal system, initiated this action by filing a pro se Petition for Writ of Mandamus (Petition; Doc. 1).[1] Godhigh requests that the Court issue a writ of mandamus against Cynthia Russell, a Florida Department of Corrections (FDOC) classification officer. Petition at 1. Godhigh asserts that, on February 4, 2022, prison officials brought him papers and told him that he would remain on close management even though he had no new charges. Id. at 2. Godhigh contends officials did not "pull [him] out of the cell to speak with [the] CM [close management] review team." Id. at 3. He requests release from administrative confinement. Id.

---

[1] For all pleadings and documents filed in this case, the Court cites to the document and page numbers as assigned by the Court's Electronic Case Filing System.

A federal court may issue a mandamus order "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. The Court lacks jurisdiction to consider Godhigh's Petition because Cynthia Russell is not an officer or employee of the United States. See, e.g., Lamar v. 118th Judicial Dist. Court of Tex., 440 F.2d 383, 384 (5th Cir. 1971) ("[F]ederal courts have no general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties."); Lawrence v. Miami-Dade Cnty. State Att'y Office, 272 F. App'x 781, 781 (11th Cir. 2008) ("Because the only relief [petitioner] sought was a writ of mandamus compelling action from state officials, not federal officials, the district court lacked jurisdiction to grant relief and did not err in dismissing the petition."). Rather, as Godhigh alleges in his Petition, she is an employee of the FDOC. Petition at 1. Accordingly, Godhigh's Petition is due to be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. Godhigh's Petition for Writ of Mandamus (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminating any pending motions, and closing the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of June, 2022.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Jax-9 6/13
C:   Mario Godhigh, #M28779

3